# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE WATKINS,<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 1:17-cv-00909-DAD-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE ACTION AS REGULAR CIVIL ACTION |

    Plaintiff Terrance Watkins, a federal prisoner, is appearing pro se and in forma pauperis in this action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1). Upon review of the complaint in this action the Clerk of the Court is HEREBY DIRECTED to redesignate this matter as a regular civil action, 28:1331tt (Federal Question: Tort Action).

IT IS SO ORDERED.

Dated:   **July 25, 2017**

                                                  UNITED STATES MAGISTRATE JUDGE